**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| OCTAVIS MERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-092 |
| | ) | |
| TYRONE OLIVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court previously directed *pro se* plaintiff Octavis Merrell to pay the required filing fee. Doc. 6. The prior Order warned him that failure to comply timely would result in dismissal of his case. *See id.* at 4-5. The deadline for Merrell to pay the filing fee has passed, *see id.*, and he has not complied, *see generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones*

*v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiff's failure to comply with the Court's Order, keep the Court apprised of his current address, and prosecute this case provides a sufficient reason to dismiss his Complaint.

Accordingly, Plaintiff's Amended Complaint, doc. 1, is **DISMISSED** for failing to obey a court order, pay the required filing fee, and failing to prosecute his case. *See, e.g.*, Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 27th day of August, 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA